UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| REC ROOM, INC. D/B/A SUITEPLAY! | § § | Case No. 08-12994 JSB |
| Debtor(s) | § § | |

AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 05/19/2015 in Courtroom 615,
US DISTRICT COURTHOUSE
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/13/2015          By: CLERK OF BANKRUPTCY COURT
                                     Clerk of US Bankruptcy Court


GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| REC ROOM, INC. D/B/A SUITEPLAY! | § | Case No. 08-12994 JSB |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ |
| and approved disbursements of | $ |
| leaving a balance on hand of[1] | $ |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000026 | BRUNSWICK BOWLING & BILLIARDS CORP. 1 N Field Court Lake Forest, IL. 60045 | $ | $ | $ | $ |
| 000119 | Square 1 Bank c/o Marc I. Fenton, Esq. DLA Piper LLP (US) 203 N. LaSalle Street, Suite 1900 Chicago, IL 60601 | $ | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | |
|---|---|
| Total to be paid to secured creditors | $_____ |
| Remaining Balance | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: Gina B. Krol | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $_____ |
| Remaining Balance | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | PROKOP, CHRISTOPHER DAVID<br>2967 RED BARN COURT<br>AURORA, IL 60503 | $ | $ | $ |
| 000013 | Charles R Weber<br>49 Hawthorne Lane<br>Barrington Hills IL 60010-5109 | $ | $ | $ |
| 000023 | GODLEWSKI, Joe/LORI<br>972 Oak Ridge Blvd<br>Elgin, IL 60120 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000024 | Charles R Weber<br>49 Hawthorne Lane<br>Barrington Hills IL 60010-5109 | $ | $ | $ |
| 000025 | Charles R Weber<br>49 Hawthorne Lane<br>Barrington Hills IL 60010-5109 | $ | $ | $ |
| 000046 | GODLEWSKI, Joe/LORI<br>972 Oak Ridge Blvd<br>Elgin, IL 60120 | $ | $ | $ |
| 000069 | MUNRO, LAWRENCE<br>6433 GINOS WAY<br>FOX LAKE, IL 60020 | $ | $ | $ |
| 000074 | MANSHOLT, SCOTT<br>3804 HORIZON CT<br>NAPERVILLE, IL 60564 | $ | $ | $ |
| 000075A | Kantor, John A<br>2825 N Arlington Hts Rd<br>Arlington Hts, IL 6004-2152 | $ | $ | $ |
| 000076 | POLANEK, ROBERT & GAIL<br>1250 EVERWOOD COURT<br>AURORA, IL 60505 | $ | $ | $ |
| 000085A | CASEY WOODRUFF<br>620 WATERBURY DRIVE<br>AURORA, IL 60504 | $ | $ | $ |
| 000097 | HERNANDEZ, JORGE & BETH<br>938 HARDING RD<br>HINSDALE, IL 60521 | $ | $ | $ |
| 000110A | Shintani, Kerry & Lauber, Patricia<br>c/o Kerry Shintani<br>2256 N Kedzie Blvd<br>Chicago, IL 60647-2504 | $ | $ | $ |

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000113 | OWCARZ, JAMES<br>2116 SERENITY<br>WOODSTOCK, IL 60098 | $ | $ | $ |
| 000124 | CAROL A. POSEY<br>1448 WATERSIDE DRIVE<br>BOLINGBROOK, IL 60490 | $ | $ | $ |
| 000126A | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street<br>Level 7-425<br>Chicago, Illinois 60601 | $ | $ | $ |
| 000128 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | $ | $ | $ |
|  | LUSE, STEVE & ELAINE<br>Garelli & Grogan<br>340 W Butterfield Rd Ste 2A<br>Elmhurst IL 60126 | $ | $ | $ |

      Total to be paid to priority creditors        $_____

      Remaining Balance        $_____

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Primo Craft<br>2130 107th Lane NE<br>Blaine MN 55449 | $ | $ | $ |
| 000002 | Cue & Case Sale Inc<br>c/o John R Stiefel Jr Esq<br>One Independent Dr Ste 2301<br>Jacksonville FL 32202 | $ | $ | $ |
| 000003 | O.W. LEE Company Inc<br>1822 EAST FRANCIS STREET<br>ONTARIO, CA 91761 | $ | $ | $ |
| 000004 | The CIT Group/Commercial Services Inc.<br>11 West 42nd Street<br>New York, NY 10036 | $ | $ | $ |
| 000005 | Clausen, Henrik and Anemette<br>c/o Robert E O'Neill Esq<br>250 E Illinois Rd<br>Lake Forest IL 60045 | $ | $ | $ |
| 000006 | CDW Corporation<br>c/o Receivable Mgmt Services (RMS)<br>POB 5126<br>Timonium, Maryland 21094 | $ | $ | $ |
| 000007 | Oaksbury Hill Corp<br>dba RSVP Chicago Northwest<br>210 W Main St<br>Barrington IL 60010 | $ | $ | $ |
| 000008 | Wells Fargo Financial National Bank<br>800 Walnut St.<br>Des Moines, IA 50309 | $ | $ | $ |
| 000009 | TBB GLOBAL LOGISTICS INC<br>802 FAR HILLS DRIVE<br>NEW FREEDOM PA 17349-8429 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Euler Hermes ACI Assignee of Ccc Associates Company Inc 800 Red Brook Boulevard Owings Mills, MD 21117 | $ | $ | $ |
| 000014 | DPA Laser Services Inc 132 S Windham Lane Bloomingdale, IL 60108 | $ | $ | $ |
| 000015 | Vanguard Energy Services, LLC Bryan Sims Thompson Rosenthal & Watts LLP 1001 E Chicago Ave Suite 111 Naperville, IL 60540 | $ | $ | $ |
| 000016 | BB & T Commercial Finance PO Box 310 High Point, NC 27261 | $ | $ | $ |
| 000017 | The UPPER DECK Company Attn: Judy Oviatt 985 Trade Drive Suite A North Las Vegas, NV 89030 | $ | $ | $ |
| 000018 | SANDBLOM, DENNIS AND JOANNE 10 GREEN PASTURES RD. ALGONQUIN, IL 60102 | $ | $ | $ |
| 000019 | YELLOW BOOK USA c/o RMS Bankruptcy Recovery Services PO Box 5126 Timonium, MD 21094 | $ | $ | $ |
| 000020B | Arboretum of South Barrington, LLC c/o The Jaffe Companies, Attn: Michael N 400 Skokie Boulevard Northbrook, Illinois 60062 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | HOLMES, TERRY<br>330 DRAKE AVE<br>BOLINGBROOK, IL 60490 | $ | $ | $ |
| 000022 | CLEARWATER AMERICAN FURNITURE<br>8404 CRICHTON COURT<br>OAK RIDGE, NC 27310 | $ | $ | $ |
| 000027 | DFS Services LLC<br>PO Box 3000<br>New Albany, OH 43054 | $ | $ | $ |
| 000028 | JP Goldenne Inc<br>dba Digital Home Technologies<br>346 N Northwest Highway<br>Palatine, IL 60067 | $ | $ | $ |
| 000029 | KRAJCER, HARRY & HALINA<br>3010 WARBLER PLACE<br>HIGHLAND PARK, IL 60035 | $ | $ | $ |
| 000030 | LEAVITT-KUSY, ESTHER<br>c/o Harry Krajcer<br>3010 Warbler Pl<br>Highland Park, IL 60035 | $ | $ | $ |
| 000031 | ABF FREIGHT SYSTEMS INC<br>PO Box 10048<br>Fort Smith, AR 72917-0048 | $ | $ | $ |
| 000032 | GRP MEDIA INC<br>C/O GUY LAY<br>ONE EAST WACKER DRIVE<br>SUITE 1600<br>CHICAGO, IL 60601 | $ | $ | $ |
| 000033 | Shaw Suburban Media<br>PO Box 250<br>Crystal Lake, IL 60039 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000034 | UNITED PARCEL SERVICE<br>c/o RMS Bankruptcy Recovery Services<br>PO Box 4396<br>Timonium, MD 21094 | $ | $ | $ |
| 000035 | KLIGER-WEISS INFOSYSTEMS<br>99 SEAVIEW BOULEVARD<br>PORT WASHINGTON, NY 11050 | $ | $ | $ |
| 000036 | IMPERIAL INTERNATIONAL<br>621 US HIGHWAY 46 W.<br>HASBROUCK HEIGHTS, NJ 07604-9893 | $ | $ | $ |
| 000037 | RBS Worldpay Inc f/k/a RBS Lynk Inc<br>Frank N White Esq<br>Arnall Golden Gregory LLP<br>171 17th St NW Suite 2100<br>Atlanta, GA 30363-1031 | $ | $ | $ |
| 000038 | E.H. HAMILTON TRUCKING<br>PO BOX 21427<br>2612 WEST MORRIS ST.<br>INDIANAPOLIS, IN 46221 | $ | $ | $ |
| 000039 | THE PHILLIPS COLLECTION<br>2325 EAST KIVETT DRIVE<br>HIGHPOINT, NC 27260 | $ | $ | $ |
| 000040 | WISEWAY TRANSPORTATION SERVICES<br>NW5182<br>P.O. BOX 1450<br>MINNEAPOLIS, MN 55485-5182 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000041 | THE TOLTEC COMPANY<br>PO BOX T<br>BURNSVILLE, MS 38833 | $ | $ | $ |
| 000042 | VALSPAR GUARDSMAN<br>1852 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1008 | $ | $ | $ |
| 000043 | Primo Craft<br>2130 107th Lane NE<br>Attn David Challman<br>Blaine, MN 55449 | $ | $ | $ |
| 000044 | COMTECH SECURITY, INC.<br>6358 S. CENTRAL<br>CHICAGO, IL 60638 | $ | $ | $ |
| 000045 | DPA Laser Services Inc<br>132 S Windham Lane<br>Bloomingdale, IL 60108 | $ | $ | $ |
| 000047 | BDI<br>14954 BOGLE DRIVE<br>CHANTILLY, VA 20151<br>Attn: Karen Allen VP Finance | $ | $ | $ |
| 000048 | TRADEWIND TREASURES<br>3574 NC HWY 8<br>LEXINGTON, NC 27292 | $ | $ | $ |
| 000049 | PARAGON (GMI)<br>731 W 18TH ST<br>NEVADA, IA 50201 | $ | $ | $ |
| 000050 | McCLOY, MARK<br>550 E. 1ST ST.<br>HINSDALE, IL 60521 | $ | $ | $ |
| 000051 | IWAN SIMONIS INC.<br>1514 ST. PAUL AVENUE<br>GURNEE, IL 60031 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000052 | EVERGREEN LANDSCAPE ASSOCIATES LLC<br>99 Boulder Drive<br>LITH, IL 60156 | $ | $ | $ |
| 000053 | HOLLAND BARSTOOL CO<br>12839 CORPORATE CIRCLE PL<br>HOLLAND, MI 49424 | $ | $ | $ |
| 000054 | WINNING SOLUTIONS<br>66 SUMMER STREET<br>MANCHESTER, MA 01944 | $ | $ | $ |
| 000055 | VILLAGE OF ALGONQUIN<br>PO BOX 7369<br>ALGONQUIN, IL 60102-7369 | $ | $ | $ |
| 000056 | ON THE MARK COMMUNICATIONS<br>354 NORTH AVE<br>Cranford, NJ 07016 | $ | $ | $ |
| 000057 | RGLA Solutions, Inc.<br>c/o Kenneth K Kubes Stein LLP<br>222 W Adams St Suite 1800<br>Chicago, IL 60606 | $ | $ | $ |
| 000058 | NEONETICS INC<br>900 SOUTH MAIN STREET<br>HAMPSTEAD, MD 21074-2202 | $ | $ | $ |
| 000059 | DFS Services LLC<br>PO Box 3000<br>New Albany, OH 43054 | $ | $ | $ |
| 000060 | HOOD LEATHER GOODS<br>PO BOX 12548<br>MILWAUKEE, WI 53212 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000061 | SCHNECK, PHILIP &CAROLYN 2707 MELROSE CT. NAPERVILLE, IL 60564 | $ | $ | $ |
| 000062 | BARD INTERNATIONAL P.O.BOX 5800 MIAMI, FL 33014 | $ | $ | $ |
| 000063 | GASTON ADVERTISING, INC 730 WEST RANDOLPH STREET SUITE 400 CHICAGO, IL 60661 | $ | $ | $ |
| 000064 | WIRESTONE, LLC 2200 POWELL STREET SUITE 200 EMERYVILLE, CA 94608 | $ | $ | $ |
| 000065 | CHICAGO RUSH 1011 E. TOUHY AVE. SUITE 400 DES PLAINES, IL 60018 | $ | $ | $ |
| 000066 | DENATALE, BILL AND LAUREN 681 CHIPPEWA DR. NAPERVILLE, IL 60540 | $ | $ | $ |
| 000067 | PRESIDENTIAL BILLIARDS 20221 CAROLINE WAY NEW CANEY, TX 77357 | $ | $ | $ |
| 000068 | Patton, Ricardo and Jennifer 348 Merry Oaks Drive Sycamore IL 60178 | $ | $ | $ |
| 000070 | SEIWERT, TIM 663 N HAWK PALATINE, IL 60067 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000071 | NUZZO, JAMES<br>7 AZTEC CT<br>SOUTH BARRINGTON, IL 60010 | $ | $ | $ |
| 000072 | ROMAN, DANIEL<br>4723 Maplewood Dr<br>Laporte, IN 46350 | $ | $ | $ |
| 000073 | RIVERSIDE FURNITURE CORPORATION<br>P.O. BOX 1427<br>FT SMITH, AR 72902-1427 | $ | $ | $ |
| 000075B | Kantor, John A<br>2825 N Arlington Hts Rd<br>Arlington Hts, IL 6004-2152 | $ | $ | $ |
| 000078 | MILLER, MELISSA<br>735 WAGNER RD.<br>GLENVIEW, IL 60025 | $ | $ | $ |
| 000079 | Mohawk Finishing Products 7018041<br>PO Box 22000<br>Hickory NC 28603-0220 | $ | $ | $ |
| 000080 | Branch Banking & Trust Co<br>c/o Coface North America Inc<br>50 Millstone Rd<br>Bldg 100 Suite#360<br>East Windsor NJ 08520 | $ | $ | $ |
| 000083 | HOLLAND SPECIAL DELIVERY, INC.<br>3068 HIGHLAND DR.<br>HUDSONVILLE, MI 49426 | $ | $ | $ |
| 000084 | HAMAKER, RON & TERESA<br>520 ROSEBUSH LANE<br>OSWEGO, IL 60543 | $ | $ | $ |
| 000085B | CASEY WOODRUFF<br>620 WATERBURY DRIVE<br>AURORA, IL 60504 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000086 | MERIT INDUSTRIES, INC<br>2525 STATE RD.<br>P.O. BOX 8529<br>BENSALEM, PA 19020-8529 | $ | $ | $ |
| 000087 | Hartford Fire Insurance Company<br>Bankruptcy Unit T-55<br>Hartford Plaza<br>Hartford, CT 06115 | $ | $ | $ |
| 000088 | Mibordina, Laura<br>1515 Coloma Place<br>Wheaton, IL 60189-7715 | $ | $ | $ |
| 000089 | COSSIDENTE, HOWARD<br>1020 CHARLELA<br>ELK GROVE VILLAGE, IL 60007 | $ | $ | $ |
| 000090 | ARTISTICA<br>3200 GOLF COURSE DRIVE<br>VENTURA, CA 93003 | $ | $ | $ |
| 000091 | COSSIDENTE, JILL<br>1716 GREAT FALLS<br>PLAINFIELD, IL 60544 | $ | $ | $ |
| 000092 | JR PEDIAN<br>1505 LOWE DR<br>ALGONQUIN, IL 60102 | $ | $ | $ |
| 000093 | CLASSIC FURNITURE SERVICE<br>250 HACKBERRY DRIVE<br>STREAMWOOD, IL 60107 | $ | $ | $ |
| 000094 | O'Reilly, SHERI<br>330 INVERNESS DR<br>CARY, IL 60013 | $ | $ | $ |
| 000095 | MIKHAIL DARAFEEV, INC.<br>5075 EDISON AVENUE<br>CHINO, CA 91710-5716 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000096 | NOTESTINE, MARK<br>1364 GENEVA LANE<br>CARY, IL 60013 | $ | $ | $ |
| 000098 | Ernest LaSalle<br>c/o Lauren Nachinson<br>Quarles & Brady LLP<br>500 W. Madison, Suite 3700<br>Chicago, IL 60611 | $ | $ | $ |
| 000099 | CHARLESTON FORGE<br>251 INDUSTRIAL PARK DRIVE<br>BOONE, NC 28607 | $ | $ | $ |
| 000100 | JENSEN, MIKE/BARB<br>567 GLENBROOK RD<br>CRYSTAL LAKE, IL 60012 | $ | $ | $ |
| 000101 | JOANNE M RUTKOWSKI<br>11613 BRITTANY COURT<br>SPRING GROVE, IL 60081 | $ | $ | $ |
| 000102 | RUTKOWSKI, JOANE<br>11613 BRITTANY CT<br>SPRING GROVE, IL 60081 | $ | $ | $ |
| 000103 | Marlin Leasing Corporation<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054 | $ | $ | $ |
| 000104 | GLO DOCUMENT SOLUTIONS<br>1820 LUNT AVENUE<br>ELK GROVE VILLAGE, IL 60007 | $ | $ | $ |
| 000105 | FACILITY SOLUTIONS GROUP<br>P.O. BOX 971492<br>DALLAS, TX 75397-1492 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000106 | AMISCO<br>33, 5TH STREET<br>PO BOX2 50<br>L'ISLET QB G0R, 2C0<br>CANADA | $ | $ | $ |
| 000107 | Euler Hermes ACI<br>Assignee of<br>Omnia Italian Design Inc<br>800 Red Book Boulevard<br>Owings Mills MD 21117 | $ | $ | $ |
| 000108 | SUTRICK JEFF<br>698 ACADIA CR<br>CRYSTAL LAKE, IL 60014 | $ | $ | $ |
| 000109 | 3PD, INC.<br>5 LUMBER WAY<br>LIVERPOOL, NY 13090 | $ | $ | $ |
| 000110B | Shintani, Kerry &<br>Lauber, Patricia<br>c/o Kerry Shintani<br>2256 N Kedzie Blvd<br>Chicago, IL 60647-2504 | $ | $ | $ |
| 000111 | FOLKES, ALLEN &<br>CASEY<br>434 HAVENWOOD<br>ROUND LAKE, IL | $ | $ | $ |
| 000112 | CANADEL<br>FURNITURE INC<br>PO BOX 200014<br>PITTSBURGH, PA<br>00152-5100 | $ | $ | $ |
| 000115 | Centro Bradley Heritage<br>Square LLC<br>C/O MCGUIRE<br>WOODS LLP<br>77 W WACKER DR<br>STE 4100<br>CHICAGO IL 60601<br>ATTN JOHN F<br>POLLICK | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000116 | RSM MCGLADREY INC<br>ATTN JAN RIEND<br>ONE S WACKER DRIVE STE 800<br>CHICAGO IL 60606 | $ | $ | $ |
| 000117 | JVD Sports<br>207 Hackberry DR<br>Streamwood, IL 60107-2227 | $ | $ | $ |
| 000118 | Highland Consumer Fund<br>92 Hayden Ave<br>Lexington, MA 02421 | $ | $ | $ |
| 000120 | MICHALS, DAVID<br>504SHAWN LANE<br>PROSPECT HEIGHTS, IL 60070 | $ | $ | $ |
| 000121 | Direct Energy Business<br>2 Gateway Center<br>5th Fl<br>Pittsburgh, PA 15222 | $ | $ | $ |
| 000122 | Elk Grove Village Industrial, L.L.C.<br>c/o David A. Newby<br>Johnson & Newby, LLC<br>39 S. LaSalle St., Suite 820<br>Chicago, IL 60603 | $ | $ | $ |
| 000123 | BURLEY BEAR, INC DBA PROLINE BILLIARDS<br>PO BOX 9007<br>HICKORY, NC 28603 | $ | $ | $ |
|  | LUSE, STEVE & ELAINE<br>Garelli & Grogan<br>340 W Butterfield Rd Ste 2A<br>Elmhurst IL 60126 | $ | $ | $ |
|  | BRUNSWICK BOWLING & BILLIARDS CORP.<br>1 N Field Court<br>Lake Forest, IL. 60045 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| | HERNANDEZ, JORGE & BETH 938 HARDING RD HINSDALE, IL 60521 | $ | $ | $ |
| | PROKOP, CHRISTOPHER DAVID 2967 RED BARN COURT AURORA, IL 60503 | $ | $ | $ |
| | Charles R Weber 49 Hawthorne Lane Barrington Hills IL 60010-5109 | $ | $ | $ |
| | MUNRO, LAWRENCE 6433 GINOS WAY FOX LAKE, IL 60020 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

  Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000125 | Star International Furniture D/B/A ORIENT EXPRESS FURNITURE 30322 ESPERANZA, SUITE 100 RANCHO SNT.MARGARITA, CA 92688-2138 | $ | $ | $ |
| 000127 | DMI SPORTS INC 1300 Virginia Dr STE 401 FT WASHINGTON, PA 19034-2701 | $ | $ | $ |

| | Total to be paid to tardy general unsecured creditors | $_____ |
|---|---|---|
| | Remaining Balance | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000126B | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street<br>Level 7-425<br>Chicago, Illinois 60601 | $ | $ | $ |

| | Total to be paid to subordinated unsecured creditors | $_____ |
|---|---|---|
| | Remaining Balance | $_____ |

Prepared By: /s/GINA B. KROL_____
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.